UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-60184-CR-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JEREMIAH FOWLER,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON CHANGE OF PLEA [ECF NO. 46]

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on April 23, 2026 [ECF No. 46].  To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 46]** is **AFFIRMED AND ADOPTED**. Defendant, Jeremiah Fowler's, change of plea is accepted, and Defendant is adjudicated guilty as to Counts 2, 3, 4, 5, and 6 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 27th day of April, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Jared M. Strauss